IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORY BRADLEY, <br> No. 430932, <br><br> Plaintiff, <br><br> vs. <br><br> ST. CLAIR COUNTY JAIL, and <br> UNITED STATES MARSHAL, E.D.Mo., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 13-cv-01309-JPG <br> ) <br> ) <br> ) <br> ) <br> ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On December 18, 2013, Plaintiff Bradley, a federal inmate, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 regarding incidents that occurred while he was housed at the St. Clair County Jail (Doc. 1). By Order dated January 28, 2014, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 13).

Plaintiff was directed to file a complaint by February 27, 2014 (Doc. 13). On Plaintiff's motion (recognizing that an amended complaint (Doc 14) filed the same day the original complaint was dismissed was deficient), that deadline was later extended to March 28, 2014 (Doc. 17). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action.  Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g).  Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee.  *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS SO ORDERED.**

DATED:  May 16, 2014

*s/J. Phil Gilbert*
**United States District Judge**